Decided November 12, 2003

## MICHAEL DUFFY *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Duffy's petition for certification for appeal from the Appellate Court, 79 Conn. App. 853 (AC 23337), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided November 12, 2003